part in the consideration or decision of this petition.

No. 92–1405. SASSOWER ET AL. *v.* FIELD ET AL. C. A. 2d Cir. Motion of petitioners to have the petition for writ of certiorari considered with the petition in No. 92–1544, *Pacific Legal Foundation* v. *Kayfetz et al.*, denied. Certiorari denied.

No. 92–1412. JOHNSON *v.* BURTON. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–1425. DORDIES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.